CATHERINE CONE, as Administratrix of the Estate of WILLIAM J. CONE, Deceased, Appellant, *v.* LACKAWANNA STEEL COMPANY, Respondent.

*Cone* v. *Lackawanna Steel Co.*, 128 App. Div. 906, affirmed.
(Argued December 9, 1909; decided January 4, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 7, 1908, sustaining defendant's exceptions ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer.

*Frank Gibbons* for appellant.

*Ralph S. Kent* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT and WERNER, JJ. Dissenting: VANN, J. Not voting: WILLARD BARTLETT, J. Taking no part: HISCOCK, J.